OKWD Revised AO 442 (1/16/15)

1153086/
2364-0310-0647-J

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | Case Number: CR-23-95-HE |
| JESSIE SOLOMON DUNNAWAY | ) | |
| *Defendant* | ) | |

**RECEIVED**
**MAR 10 2023**
**U.S. MARSHALS W/OK**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JESSIE SOLOMON DUNNAWAY ,

who is accused of an offense or violation based on the following document filed with the court:
Sealed
[✓] Indictment [ ] Superseding Indictment [ ] Information [ ] Superseding Information [ ] Complaint
[ ] Violation Notice [ ] Order of the Court

This offense is briefly described as follows:
18:2242 SEXUAL ABUSE

WARRANT ISSUED:
3:34 pm, Mar 09, 2023
CARMELITA REEDER SHINN, Clerk
By: *[signature]*
Deputy Clerk

**Karolina Boulet, Deputy Clerk**
**Oklahoma City, Oklahoma**

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

ARRESTED ON: 06/08/2023
WITHIN THE S DISTRICT OF GA
BY: ARMY CID

_____
*Arresting officer's signature*

_____
*Printed name and title*